IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART,**                                             **PLAINTIFF**
**#80429**

v.              **CASE NO: 4:23-CV-00072-JM-JTK**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, et al.**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 14th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE